UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CRAIG CUNNINGHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:15-cv-00215 |
| | ) | JUDGE CRENSHAW |
| KATHY MCDONALD, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court are two Reports and Recommendations ("R&Rs") of the Magistrate Judge (Docs. No. 71-72), to which no Objections have been filed. The Court has reviewed the R&Rs and conducted a de novo review of the record. The R&Rs are **ADOPTED**.

Accordingly, Defendants' motion to dismiss (Doc. No. 39) is **DENIED AS MOOT**. Further, Plaintiff's motion for sanctions (Doc. No. 58) is **DENIED**. Defendants Kathy McDonald and VIM Holdings, Inc., are **ORDERED** to file a responsive pleading to the Second Amended Complaint (Doc. No. 70) within fourteen days of the service of this Order. FED. R. CIV. P. 12(a)(4)(B).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE