# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM )<br>    Plaintiff(s) )<br> )<br>v. )<br> )<br> )<br>KATHY McDONALD, et al. )<br>    Defendant(s) ) | Case No. 3:15-0215<br>Judge Crenshaw /Frensley |

## REPORT AND RECOMMENDATION

This action was filed by Plaintiff on March 4, 2015, citing violations of 47 U.S.C. § 227 - Restrictions on Use of Telephone Equipment. Kathy McDonald and VIM Holdings, Inc. were served and filed a responsive pleading by counsel (Docket No. 24). However, on March 31, 2016, counsel for Defendants Kathy McDonald and VIM Holdings, Inc., moved to withdraw (Docket No. 51), and that motion was granted by Magistrate Judge Knowles on April 1, 2016 (Docket No. 52).

Plaintiff filed an Amended Complaint on July 27, 2016, against the original defendants and added new defendants. Docket No. 70. On September 5, 2017, the Clerk of Court filed an Entry of Default against Defendants Kathy McDonald, VIM Holdings, Inc., Outreach Marketing Group, Secure 1 Systems, Inc., Direct Source Media, LLC, BMK Companies, Inc., and Gil Micra "Mike" Mardesco for failure to respond to the Amended Complaint. Docket No. 108.

As of the date of this Report and Recommendation, Plaintiff has not filed a Motion for Default Judgment for these defendants. He has, however, filed a Motion to Dismiss Defendants Kathy McDonald, Engagetel, and Dennis Carlson (Docket No. 116), and that Motion was granted by Judge Crenshaw on July 6, 2018 (Docket No. 117). The remaining defendants either

have not been served[1] or have been found to be in default by the Clerk of Court. Therefore, the undersigned recommends VIM Holdings, Inc., Outreach Marketing Group, Secure 1 Systems, Inc., Direct Source Media, LLC, BMK Companies, Inc., and Gil Micra "Mike" Mardesco be dismissed, and the case in its entirety be dismissed.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to the Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied,* 474 U.S. 111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

JEFFERY S. FRENSLEY
United States Magistrate Judge

---

[1] The undersigned entered a Report and Recommendation on June 27, 2018, recommending Defendants Magic Marketing Assistants, Steve Stansbury, and John/Jane Does 1-5 be dismissed without prejudice. Docket No. 115.