UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:15-cv-00215 |
| | ) CHIEF JUDGE CRENSHAW |
| KATHY MCDONALD, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 123) recommending that the Court grant Plaintiff's Motion for Default Judgment in this action brought under the Telephone Consumer Protection Act, pursuant to Federal Rule of Civil Procedure 55(b), against Defendants VIM Holdings, Inc.; Outreach Marketing Group; Secure 1 Systems, Inc.; Direct Source Media LLC; BMK Media Companies; and Gil Micra "Mike" Mardaresco (Doc. No. 119).[1] Prior to issuing the Report and Recommendation, the Magistrate Judge held a hearing at which Plaintiff testified, and Plaintiff also submitted an affidavit. (Doc. No. 123 at 1.) The relevant Defendants did not appear at the hearing and, indeed, have never answered the Complaint or otherwise participated in the litigation of this matter. (Id. at 1-2.) No objections have been filed to the Report and Recommendation. The Court has reviewed it and agrees with the Magistrate Judge's conclusions. Accordingly, the Report and Recommendation (Doc. No. 123) is **APPROVED AND ADOPTED**. The Motion for Default Judgment (Doc. No. 119) is **GRANTED**. Judgment **SHALL** issue in favor of Plaintiff and against Defendants VIM Holdings, Inc.; Outreach Marketing Group; Secure 1 Systems, Inc.; Direct Source Media LLC;

---

[1] All other Defendants have previously been dismissed from this action.

BMK Media Companies; and Gil Micra "Mike" Mardaresco, joint and severally, in the amount of $27,000. This is a final order. The Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE